IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID CHRISTOPHER LEE WALTON,

    Petitioner,

  v.                                              Case No. 19-cv-45-bbc

BRIAN FOSTER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing this case.

| /s/ | 4/1/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |